IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:09CV436-R-02
(1:06CR251-T)

| | |
|---|---|
| CHRISTOPHER ALLEN HUNTER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on a document which Petitioner has captioned as a "Memorandum Of Law To Support 28 U.S.C. § 2255 Pursuant To Ineffective Counsel," filed December 7, 2009. [Doc. 1].

A review of the record of this case reflects that although Petitioner has filed the subject Memorandum in purported support of his claims under § 2255, he actually has not filed a § 2255 motion precisely identifying those claims. Furthermore, Petitioner's Memorandum does not clearly delineate the claims which he apparently is attempting to raise. Therefore, in order to facilitate the Court's review of the claims which Petitioner desires to

raise, the Court will direct him to complete and submit the form § 2255 motion which has been approved for use in this District.

**IT IS, THEREFORE, ORDERED** that:

1. The Clerk of Court shall send Petitioner the § 2255 motion to vacate form which has been approved for use in this judicial District;

2. Petitioner shall have thirty (30) days in which to submit his claims on the proper § 2255 motion to vacate form; and

3. **Petitioner is advised that if he fails to submit his claims on the proper form, his Memorandum of Law may be dismissed without further notice to him.**

**IT IS SO ORDERED**.

Signed: April 13, 2010

Martin Reidinger
United States District Judge