IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:09cv436
[Criminal Case No. 1:06cr251-02]

| | | |
|---|---|---|
| CHRISTOPHER ALLEN HUNTER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | <u>O R D E R</u> |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Petitioner's Motion to Vacate [Doc. 2] and the Respondent's Motion to Dismiss [Doc. 6].

The Petitioner is advised that on or before thirty days from entry of this Order, he may respond to the Motion to Dismiss. Failure to respond within the time period may result in the dismissal of his case without further notice to him.

**IT IS, THEREFORE, ORDERED** that on or before thirty (30) days from the entry of this Order, the Petitioner may file response to the Respondent's Motion to Dismiss [Doc. 6].

Signed: November 11, 2010

Martin Reidinger
United States District Judge