# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| CHRISTOPHER ALLEN HUNTER, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 1:09-cv-00436-MR and 1:06-cr-00251-MR-2 |
| | ) | (2255) |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 17, 2013 Order.

January 17, 2013

Frank G. Johns, Clerk
United States District Court